UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BA SHAY EDWARD JORGENSON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>PEOPLE OF CALIFORNIA,<br><br>　　　　　Respondent. | No. 2:18-cv-02693 WBS CKD P<br><br><br>ORDER |

Petitioner is a state prisoner proceeding pro se in this federal habeas action filed pursuant to 28 U.S.C. § 2254. On December 10, 2018, respondent filed a motion to dismiss this federal habeas action on the basis that it was filed beyond the one-year statute of limitations. See ECF No. 11. Petitioner has not filed an opposition within the 30 day time period prescribed by this court's screening order of October 10, 2018. ECF No. 5 at 2. The court will sua sponte grant petitioner one last opportunity to file an opposition to the motion to dismiss.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's opposition to respondent's motion to dismiss shall be filed within 21 days from the date of this order.
2. The failure to file an opposition within the time permitted may be deemed as a waiver of any opposition to the granting of the motion pursuant to Local Rule 230(l).

/////

Dated: March 13, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/jorg2693.eotmtdopp.docx